Case 1:18-cr-00272-JPH-MJD   Document 107   Filed 08/12/24   Page 1 of 1 PageID #: 538

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
Latrell Dion Caldwell

Case No: 1:18CR00272-001
USM No: 16329-028

Date of Original Judgment: 12/09/2019
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __126 months__ months is reduced to __118 months*__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

* 34 months on Count 1, and 84 months on Count 2, to be served consecutively, for a total of 118 months.

Except as otherwise provided, all provisions of the judgment dated __12/09/2019__ shall remain in effect.
**IT IS SO ORDERED**.

Date: 8/12/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana